WILLIAM A. MANOR, Respondent, v. THE CITY OF OSWEGO, Appellant.— Judgment affirmed, with costs. All concur.

FRANK OGILVIE, Appellant, v. MERRELL-SOULE COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

LOUIS W. EMERICK, Respondent, v. SENECA RIVER POWER COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ALVIN J. MARSCH, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Estate of WALENTY SENDROWICZ.— Appeal dismissed, without costs, upon stipulation filed.

UNITED VAUDEVILLE COMPANY, Respondent, v. HENRY ZELLER and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.   ·

NIAGARA GORGE RAILROAD COMPANY, Respondent, v. EDSON U. GAISER, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

NETTIE ADSIT, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of MARSENUS H. BRIGGS for Restoration to the Right to Practice Law.— Application granted and order of disbarment entered February, 1897, vacated and petitioner restored to his office of attorney and counselor at law in all the courts of this State.